UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:07CR186 HEA |
| YOLANDA WHITE, | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on Defendant's Motion to Continue The November 13, 2007, Voluntary Surrender Date [Doc. #39]. As there is no objection to this motion,

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue The November 13, 2007, Voluntary Surrender Date [Doc. #39] is granted.

**IT IS FURTHER ORDERED** that the voluntary surrender date in this matter should be set after January 7, 2008.

Dated this 9th day of November, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE